THE STATE EX REL. OHIO STATE UNIVERSITY, APPELLEE AND CROSS-APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE AND CROSS-APPELLEE; WOOTON, APPELLANT AND CROSS-APPELLEE.

[Cite as *State ex rel. Ohio State Univ. v. Indus. Comm.* (2001), 93 Ohio St.3d 496.]

(No. 01–482—Submitted September 18, 2001—Decided October 31, 2001.)

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and RESNICK, JJ., dissent.

PFEIFER, J., dissents.

DOUGLAS, J., dissenting. I respectfully dissent. I would reverse the judgment of the court of appeals and let stand the decision of the commission, which granted compensation for permanent total disability.

RESNICK, J., concurs in the foregoing dissenting opinion.

---

*Betty D. Montgomery,* Attorney General; *Dinsmore & Shohl, L.L.P.,* and *Michael L. Squillace,* Special Counsel, for appellee and cross-appellant.

*Betty D. Montgomery,* Attorney General, and *Cheryl J. Nester,* Assistant Attorney General, for appellee Industrial Commission.

*Philip J. Fulton & Associates* and *William A. Thorman III,* for appellant and cross-appellee.